**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **Ronald Hargrave**, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:09-cv-00778 |
| | ) | |
| **Ford Motor Credit Company, LLC**, | ) | |
| | ) | |
| *Defendant*. | ) | |

**AMENDED**
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF**
**FORD MOTOR CREDIT COMPANY, LLC**

**COMES NOW** Plaintiff, by and through the undersigned counsel, and gives notice to this Honorable Court that Plaintiff has settled all pending claims with, and hereby respectfully requests dismissal with prejudice of, the following Defendant: Ford Motor Credit Company, LLC.  The Parties stipulate that litigation costs and expenses are to be taxed as paid. This case is now due to be closed.

**RESPECTFULLY SUBMITTED** this the 8th day of October, 2009.


      **/s/ Anthony B. Bush**
Anthony B. Bush (BUS028)
ASB-7306-A54B
Lewis, Bush & Faulk, LLC
P. O. Box 5059 (36103)
*The Bailey Building*
400 South Union Street, Ste. 230
Montgomery, Alabama 36104
Phone:      (334) 263-7733
Facsimile:    (334) 832-4390
anthonybbush@yahoo.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO FORD MOTOR

CREDIT COMPANY, LLC by depositing the same in the United States Postal Mail, properly

addressed with sufficient postage affixed thereto, or through this court's CM/ECF Electronic

Filing system to ensure delivery to the following:


**All Attorneys of Record.**



/s/ **Anthony B. Bush**
OF COUNSEL