**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 9, 2009

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Hargrave v. Ford Motor Credit Company
Civil Action No. 2:09-cv-778-WKW

Pursuant to the #5 Notice of Voluntary Dismissal with Prejudice and the #6 Amended Notice of Voluntary Dismissal with Prejudice filed by the plaintiff on 10/8/2009 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, without an order of the court and has been closed and removed from the docket of this court.